**[J-60-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | 4 EAP 2018 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court entered on 7/19/17 at No. 3506 EDA |
| | : | 2015 (reargument denied 9/5/17) |
| v. | : | reversing the Judgment entered on |
| | : | 10/30/15 and remanding to the Court of |
| | : | Common Pleas, Philadelphia County, |
| SHAKIR BERRYHILL, | : | Criminal Division at No. CP-51-CR- |
| | : | 0011083-2014 |
| Appellant | : | |


*ORDER*


**PER CURIAM**


AND NOW, this 10th day of October, 2018, this appeal is dismissed as having been improvidently granted.